(INND Rev. 8/16)                                                              page 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

*[This form is for non-prisoners to file a civil complaint. <u>NEATLY</u> print in ink (or type) your answers.]*

FILED-

David W. Shore ,

*[You are the PLAINTIFF, print your full name on this line.]*

OCT 26 2020

At _____ M
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

v.

Case Number __3:20-cv-913__

Teresa Zornig ,

*[For a new case in this court, leave blank.
The court will assign a case number.]*

*[The DEFENDANT is who you are suing. Put <u>ONE</u> name on this line. List <u>ALL</u> defendants below, including this one.]*

*[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is <u>VERY IMPORTANT</u> that you include it on <u>everything</u> you send to the court for this case. <u>DO NOT</u> send more than one copy of anything to the court.]*

## CIVIL COMPLAINT

| # | Defendant's Name and Job Title | Address |
|---|---|---|
| 1 | *[Put the defendant named in the caption in this box.]* Teresa Zornig - Director Kenneth Downs - DCS Invest. | 300 North Dr. Martin Luther King Boulevard, Suite 230, South Bend, IN. 46601 |
| 2 | *[Put the names of any other defendants in these boxes.]* DCS, FCM Elizabeth Orina | 300 North Dr. Martin Luther King Boulevard, Suite 230 South Bend, IN. 46601 |
| 3 | DCS Investigator Pam Whisman | 300 North Dr. Martin Luther King Boulevard, Suite 230 South Bend, IN. 46601 |

*[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and address of each defendant <u>in a separate box</u> as shown here.]*

1. How many defendants are you suing? __4__

2. What is your address? __526 West Colfax Ave., Apt. 13, South Bend, IN. 46601__

3. What is your telephone number: (_574_) _999-5046_

4. Have you ever sued anyone for these exact same claims?

⬤ No.

◯ Yes, attached is a copy of the final judgment <u>OR</u> an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

*[<u>DO NOT</u> write in the margins or on the back of any pages. Attach additional pages if necessary.]*

(INND Rev. 8/16)                                                                                                page 2

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how these events happened.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include the names of minors, social security numbers, or dates of birth.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. Teresa Zornig, Kenneth Downes, Elizabeth Orina and Pam Whisman withheld evidence from the St. Joseph County Prosector's office and my lawyer Arvil R. Howe.
This evidence would have exonovated me, at my trial, cause number 71D02-0907-SC-00223
This evidence was from 12/19/07 to 1/27/09, when the St. Joseph County offices of the Indiana Department of Child Services was in custody of Emily J. Shore + Scott C. Shore, my two children.
Documents ARE: All Medical Examinations, Psychological testing, Psyiatric Examinations and their results, All DCS FCM reports from FCM Kenneth Downs + FCM Elizabeth Orina, Communication between FCM Downs and Orina and Director Zornig and DCS worker Pam Whisman.

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

(INND Rev. 8/16)

Claims and Facts (continued)

_____

_____

_____

_____

_____

_____

**PRIOR LAWSUITS** – Have you ever sued anyone for this exact same event?

    ⦿ No.

    ◯ Yes, attached is a copy of the final judgment <u>OR</u> an additional sheet listing the court,
           case number, file date, judgment date, and result of the previous case(s).

**RELIEF** – If you win this case, what do you want the court to order the defendant to do?

1. Review the Shore file, according to the Indiana DCS Policy + Procedure.
2. Submit All Medical, Psychological, Psychiatric Examinations and their results on Emily J. Shore and Scott C. Shore, from 12/07 to 8/09 to the St. Joseph County Court for review on my Criminal/Conviction

**FILING FEE** – Are you paying the filing fee?

    ◯ Yes, I am paying the $400.00 filing fee. I understand that I am responsible to notify the
           defendant about this case as required by Federal Rule of Civil Procedure 4. [*If you want the
           clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.*]

    ⦿ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the
           defendant about this case.

[*Initial Each Statement*]

DWS I will keep a copy of this complaint for my records.

DWS I will promptly notify the court of any change of address.

DWS I declare **under penalty of perjury** that the statements in this complaint are true.

David W. Shore                           10/26/2020
Signature                                        Date

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]